In the Matter of WILLIAM BLANCHARD for Reinstatement. [598 NYS2d 750] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

 In the Matter of JAMES A. RESTI for Reinstatement. [597 NYS2d 604] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Denman, P. J., Green, Pine, Balio and Boehm, JJ. (Filed Apr. 1, 1993.)

 In the Matter of EDWARD JOHN RODER. [598 NYS2d 750] — Application for reinstatement denied. Present—Denman, P. J., Callahan, Green, Balio and Doerr, JJ.

 In the Matter of HENRY WYMAN, an Attorney, Resignor. [598 NYS2d 750] —Resignation accepted, name stricken from roll of attorneys and restitution ordered. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

 PEOPLE v NANDITO CANDELARIO, Defendant. [598 NYS2d 750] —Motion to extend time to take appeal granted. Memorandum: Pursuant to 22 NYCRR 1022.11 (a), counsel is required to notify defendant in writing of defendant's right to appeal in all cases (see, People v Kieffer, 191 AD2d 1050). No exception is made for defendants who waive their right to appeal (see also, People v Callahan, 80 NY2d 273). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

 PEOPLE v DARNELL LLOYD, Defendant. [598 NYS2d 751] — Motion to extend time to apply for leave to appeal denied as unnecessary. Memorandum: Defendant's motion for leave to appeal was timely made inasmuch as it was served within 30 days after service of the order appealed from (see, CPL 460.10 [4] [a]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

 PEOPLE v CLIFFORD PRINTUP, JR., Defendant. [598 NYS2d 751] —Motion to extend time to take appeal dismissed as untimely. Memorandum: The motion is untimely (see, CPL 460.30). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.